IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:10cr186-MHT
HARRI ANNE H. SMITH         )          (WO)
```

ORDER

It is ORDERED as follows:

(1) Defendant Harri Anne H. Smith's motion for acquittal (Doc. No. 1756) is reset for submission, without oral argument, on October 7, 2011.

(2) By September 16, 2011, defendant Smith is to file a brief in support of her motion.

(3) By September 30, 2011, the government is to file a response.

(4) By October 7, 2011, defendant Smith may file a reply.

(5) With regard to the briefs, the court makes two observations. First, defendant Smith's motion for acquittal is inadequate. It is conclusory at best. All

briefs addressing the motion must explain in detail how, point by point, the trial evidence is allegedly lacking or is adequate.  Second, any brief addressing the trial evidence should cite where the evidence can be found in the trial transcripts, by page and line.

DONE, this the 7th day of September, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**